**Motion Denied and Order filed June 11, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00528-CV

_____

## HO & HUANG PROPERTIES, L.P. AND SW PARKWAY MANAGEMENT, INC., Appellants

## V.

## PARKWAY DENTAL ASSOCIATES P.A., Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2007-69193**

## ORDER

On January 22, 2015, this appeal was reinstated and the court reporter, Michelle Tucker, was order to file the record on or before February 27, 2015. The record has not been filed with the court. On June 1, 2015, appellee filed a motion to dismiss the appeal asserting the lack of activity gives rise to an inference appellants no longer seek to prosecute this appeal. On June 4, 2015, appellants'

filed a response to the motion to dismiss stating they have requested the record be prepared and payment arrangements have been made.

In accordance with Rule 35.3, we deny appellee's motion to dismiss and issue the following order. Tex. R. App. P. 35.3(c).

We order Michelle Tucker, the court reporter, to file the record in this appeal **within 15 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. If Michelle Tucker does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.